**Electronically Filed
Supreme Court
SCWC-20-0000370
08-SEP-2022
12:30 PM
Dkt. 6 OGAC**

SCWC-20-0000370

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BRYAN SUITT,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000370; CASE NO. 1PR161000011)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant Bryan Suitt's

application for writ of certiorari, filed on July 27, 2022, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held, subject to further order of this court. Any party may,

within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules

of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, September 8, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

